**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-20804**
**Summary Calendar**
_____

**HOWARD VANZANDT WILLIAMS,**

**Plaintiff-Appellant,**

**versus**

**ARIEL OBREGON, also known as Oberson; JOHN M. TOLLINSON;**
**CULLEN N. HARRIS, III, LISA BRIM,**

**Defendants-Appellees.**

_____

**Appeal from the United States District Court**
**for the Southern District of Texas**
**(H-93-CV-3959)**
_____

August 6, 1997

Before JONES, DeMOSS, AND PARKER, Circuit Judges.

PER CURIAM:[*]

Appellant Howard Vanzandt Williams, an inmate of the Texas Department of Criminal Justice, Institutional Division ("TDCJ-ID"), proceeding _pro se_ and _in forma pauperis,_ filed this lawsuit pursuant to 42 U.S.C. § 1983, alleging that appellees

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Ariel Obregon, John Tollinson, Cullen N. Harris, and Lisa Brim, all employees of the TDCJ-ID, were involved in a conspiracy to retaliate against him in violation of his constitutional rights. Appellant also complains that the district court erred in refusing his request to supplement his complaint. Having considered appellant's position in light of the briefs and pertinent portions of the record, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

AFFIRMED.